# Exhibit A

# Exhibit A

 **Vehicle History Report™**

**2015 TOYOTA CAMRY SE**

VIN: 4T1BF1FK0FU048794
SEDAN 4 DR
2.5L I4 F DOHC 16V
GASOLINE
FRONT WHEEL DRIVE



**Accident reported: moderate damage**

MINOR        MODERATE        SEVERE

**47**  Service history records

**2**  Previous owners

Types of owners: Taxi, Commercial

**233,425**  Last reported odometer reading

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 3/12/24 at 6:05:19 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**CARFAX Additional History**
Not all accidents / issues are reported to CARFAX.

| | |
|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | ☑ No Issues Reported |
| **Structural Damage**<br>CARFAX recommends that you have this vehicle inspected by a collision repair specialist. | ☑ No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | ☑ No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | ☑ No Issues Indicated |
| **Accident / Damage**<br>Accidents reported: 12/27/2015, 10/21/2017, 05/07/2018, 01/12/2019, and 01/24/2024. | Accident Reported |

| | |
|---|---|
| **Manufacturer Recall**<br>No open recalls reported to CARFAX. Check with an authorized Toyota dealer for any open recalls. View Toyota disclosure | No Recalls Reported |
| **Basic Warranty**<br>Original warranty estimated to have expired. | **Warranty Expired** |

## CARFAX Title History
CARFAX guarantees the information in this section

| | |
|---|---|
| **Damage Brands**<br>Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | ✅ **Guaranteed** No Problem |
| **Odometer Brands**<br>Not Actual Mileage \| Exceeds Mechanical Limits | ✅ **Guaranteed** No Problem |

**GUARANTEED** - None of these title problems were reported by a U.S. state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, you may qualify.
View Terms | View Certificate

## CARFAX Ownership History
The number of owners is estimated

| |
|---|
| Year purchased |
| Type of owner |
| Estimated length of ownership |
| Owned in the following states/provinces |
| Estimated miles driven per year |
| Last reported odometer reading |

## CARFAX Detailed History

|  **Owner 1**<br>Purchased:<br>2015 | Taxi Vehicle<br>25,549 mi/yr |
|---|---|

| Date | Mileage | Source | | Comments |
|------|---------|--------|---|----------|
| 03/16/2015 | | NICB | | **Vehicle manufactured and shipped to original dealer** |
| 03/30/2015 | | Toyota of Hackensack<br>Hackensack, NJ<br>201-488-7777<br>⭐ **4.4 / 5.0**<br>720 Verified Reviews ✓<br>❤ **11,982** Customer Favorites | | **Vehicle offered for sale** |
| 03/30/2015 | 5 | Toyota of Hackensack<br>Hackensack, NJ<br>201-488-7777<br>⭐ **4.4 / 5.0**<br>720 Verified Reviews ✓<br>❤ **11,982** Customer Favorites | 🔧 | **Vehicle serviced**<br>- Pre-delivery inspection completed<br>- VIN glass etching vin etched |
| 04/07/2015 | 10 | Toyota of Hackensack<br>Hackensack, NJ<br>201-488-7777<br>⭐ **4.4 / 5.0**<br>720 Verified Reviews ✓<br>❤ **11,982** Customer Favorites | | **Vehicle sold** |
| 05/01/2015 | | New York<br>Motor Vehicle Dept.<br>Bronx, NY | | **Registration issued or renewed**<br>- Titled or registered as taxi<br>- Passed safety inspection |
| 05/04/2015 | | New York<br>Inspection Station | | **Passed safety inspection**<br>- Emissions inspection performed |
| 05/12/2015 | | New York<br>Motor Vehicle Dept.<br>Long Island City, NY | | **Title issued or updated**<br>- First owner reported<br>- Loan or lien reported<br>- Titled or registered as taxi |
| 12/27/2015 | | Damage Report | ⚠ | **Accident reported with another motor vehicle** |
| 04/15/2016 | | New York<br>Motor Vehicle Dept.<br>Bronx, NY | | **Registration issued or renewed**<br>- Titled or registered as taxi<br>- Passed safety inspection |

| 06/01/2016 35,959 | New York<br>Inspection Station | | **Passed safety inspection**<br>- Emissions inspection performed |
| 11/02/2016 | New York<br>Motor Vehicle Dept.<br>Long Island City, NY | | **Registration issued or renewed**<br>- Titled or registered as taxi<br>- Passed safety inspection |
| 04/14/2017 | New York<br>Motor Vehicle Dept.<br>Long Island City, NY | | **Registration issued or renewed**<br>- Titled or registered as taxi<br>- Passed safety inspection |
| 05/11/2017 68,010 | Lucky Trade<br>Mechanics<br>Brooklyn, NY<br>718-493-2423<br>⭐ **5.0 / 5.0**<br>54 Verified Reviews ✓<br>❤ 25 Customer Favorites | 🔧 | **Vehicle serviced**<br>- Brake rotor(s) resurfaced<br>- Front brakes serviced<br>- Brake rotor(s) replaced<br>- Emissions or safety inspection performed |
| 05/11/2017 | New York<br>Inspection Station | | **Passed safety inspection**<br>- Passed emissions inspection |
| 05/13/2017 68,095 | New York<br>Inspection Station | | **Failed safety inspection**<br>- Failed emissions inspection |
| 05/16/2017 68,200 | New York<br>Inspection Station | | **Failed safety inspection**<br>- Passed emissions inspection |
| 07/19/2017 | Lucky Trade<br>Mechanics<br>Brooklyn, NY<br>718-493-2423<br>⭐ **5.0 / 5.0**<br>54 Verified Reviews ✓<br>❤ 25 Customer Favorites | 🔧 | **Vehicle serviced**<br>- Lower ball joint(s) replaced<br>- Wheel bearings checked |
| 10/21/2017 | Damage Report | ⚠ | **Accident reported: moderate damage with another motor vehicle**<br>- Damage to front<br>- Damage to left side<br>- Damage to left front<br>- Damage to rear |

**Damage Severity Scale**



MINOR          MODERATE          SEVERE

**Damage Location**

FRONT

LEFT          RIGHT

REAR

| | | | | |
|---|---|---|---|---|
| 01/09/2018 | 82,836 | New York Inspection Station | | **Passed safety inspection**<br>- Passed emissions inspection |
| 01/23/2018 | 82,846 | New York Inspection Station | | **Passed safety inspection**<br>- Passed emissions inspection |
| 03/08/2018 | 87,121 | Service Facility | 🔧 | **Vehicle serviced** |
| 03/08/2018 | | New York Inspection Station | | **Passed safety inspection**<br>- Passed emissions inspection |
| 03/12/2018 | | New York Motor Vehicle Dept. Long Island City, NY | | **Registration issued or renewed**<br>- Titled or registered as taxi<br>- Passed safety inspection |
| 04/20/2018 | 91,286 | Service Facility | 🔧 | **Vehicle serviced** |
| 05/07/2018 | | Damage Report | ⚠️ | **Accident reported with another motor vehicle** |
| 05/15/2018 | 94,296 | Service Facility | 🔧 | **Vehicle serviced** |
| 06/22/2018 | 97,317 | Service Facility | 🔧 | **Vehicle serviced** |

| Date | Mileage | Source | | Event |
|---|---|---|---|---|
| 06/22/2018 | | New York Inspection Station | | **Passed safety inspection** - Passed emissions inspection |
| 07/11/2018 | 98,711 | Service Facility | 🔧 | **Vehicle serviced** |
| 07/23/2018 | 100,316 | Service Facility | 🔧 | **Vehicle serviced** |
| 08/19/2018 | 103,059 | Service Facility | 🔧 | **Vehicle serviced** |
| 09/06/2018 | 106,228 | Service Facility | 🔧 | **Vehicle serviced** |
| 09/17/2018 | 107,741 | Service Facility | 🔧 | **Vehicle serviced** |
| 09/28/2018 | 109,319 | Service Facility | 🔧 | **Vehicle serviced** |
| 10/20/2018 | 112,269 | New York Inspection Station | | **Passed safety inspection** - Passed emissions inspection |
| 10/21/2018 | | Service Facility | 🔧 | **Vehicle serviced** |
| 10/27/2018 | | New York Motor Vehicle Dept. Long Island City, NY | | **Registration updated when owner moved the vehicle to a new location** |
| 01/12/2019 | | Damage Report | ⚠️ | **Accident reported with another motor vehicle** |
| 01/27/2019 | 116,159 | Service Facility | 🔧 | **Vehicle serviced** |
| 02/20/2019 | 118,342 | New York Inspection Station | | **Passed safety inspection** - Passed emissions inspection |
| 03/02/2019 | 119,205 | Service Facility | 🔧 | **Vehicle serviced** |
| 03/05/2019 | 119,444 | New York Inspection Station | | **Passed safety inspection** - Passed emissions inspection |
| 03/19/2019 | | New York | | **Registration issued or renewed** |

|  |  | Motor Vehicle Dept.<br>Long Island City, NY |  | - Titled or registered as taxi<br>- Passed safety inspection |
|---|---|---|---|---|
| 04/01/2019 | 122,244 | Service Facility |  | **Vehicle serviced** |
| 04/29/2019 | 124,550 | Service Facility |  | **Vehicle serviced** |
| 05/10/2019 | 124,926 | Service Facility |  | **Vehicle serviced** |
| 05/30/2019 | 127,222 | Service Facility |  | **Vehicle serviced** |
| 06/12/2019 | 128,421 | Service Facility |  | **Vehicle serviced** |
| 07/11/2019 | 131,688 | Service Facility |  | **Vehicle serviced** |
| 07/11/2019 |  | New York<br>Inspection Station |  | **Passed safety inspection**<br>- Passed emissions inspection |
| 08/13/2019 | 134,747 | Repairguys Inc<br>Long Island City, NY<br>718-707-0475<br>❤ 1 Customer Favorite |  | **Vehicle serviced**<br>- Oil and filter changed<br>- Front strut(s) replaced<br>- Stabilizer bar bushings replaced<br>- Sway bar link(s) replaced<br>- Rear strut(s)/insert cartridge(s) replaced<br>- Tire condition and pressure checked |
| 09/24/2019 | 137,673 | 786 Auto Works<br>Long Island City, NY<br>212-603-9964 |  | **Vehicle serviced**<br>- Oil and filter changed<br>- Air filter replaced<br>- Brake light bulb(s) replaced |
| 10/15/2019 | 140,017 | Repairguys Inc<br>Long Island City, NY<br>718-707-0475<br>❤ 1 Customer Favorite |  | **Vehicle serviced**<br>- Oil and filter changed<br>- Alternator checked<br>- Drive belts checked<br>- Water pump replaced<br>- Tune-up performed<br>- Battery/charging system checked |
| 10/29/2019 | 141,824 | Service Facility |  | **Vehicle serviced** |

| 11/19/2019 | 144,249 | Repairguys Inc<br>Long Island City, NY<br>718-707-0475<br>❤ 1 Customer Favorite | **Vehicle serviced**<br>- Oil and filter changed |
|---|---|---|---|
| 11/19/2019 | | New York<br>Inspection Station | **Passed safety inspection**<br>- Passed emissions inspection |
| 12/31/2019 | 148,990 | Repairguys Inc<br>Long Island City, NY<br>718-707-0475<br>❤ 1 Customer Favorite | **Vehicle serviced**<br>- Oil and filter changed<br>- Catalytic converter replaced<br>- Front brake pads replaced<br>- Radiator checked<br>- Tire(s) replaced |
| 01/31/2020 | 151,973 | Service Facility | **Vehicle serviced** |
| 03/01/2020 | 155,382 | Service Facility | **Vehicle serviced** |
| 03/21/2020 | | Service Facility | **Vehicle serviced** |
| 03/31/2020 | | New York<br>Motor Vehicle Dept.<br>Long Island City, NY | **Registration issued or renewed**<br>- Titled or registered as taxi<br>- Passed safety inspection |
| 06/16/2021 | | New York<br>Motor Vehicle Dept.<br>Long Island City, NY | **Registration issued or renewed**<br>- Titled or registered as taxi<br>- Passed safety inspection |
| 03/17/2022 | 157,073 | New York<br>Inspection Station | **Failed safety inspection**<br>- Failed emissions inspection |
| 03/18/2022 | 157,137 | New York<br>Inspection Station | **Passed safety inspection**<br>- Passed emissions inspection |
| 05/03/2022 | | New York<br>Motor Vehicle Dept.<br>Long Island City, NY | **Registration issued or renewed**<br>- Titled or registered as taxi<br>- Passed safety inspection |
| 06/01/2022 | 164,394 | Service Facility | **Vehicle serviced**<br>- A/C refrigerant recharged<br>- Antifreeze/coolant<br>  flushed/changed |

| Date | Mileage | Facility | | Details |
|---|---|---|---|---|
| 06/25/2022 | 166,812 | Service Facility | 🔧 | **Vehicle serviced** |
| 07/28/2022 | 170,885 | New York Inspection Station | | **Passed safety inspection**<br>- Passed emissions inspection |
| 12/02/2022 | 175,640 | Ucars<br>Tempe, AZ<br>480-844-2454 | 🔧 | **Vehicle serviced** |
| 12/31/2022 | | Ucars<br>Tempe, AZ<br>480-844-2454 | 🔧 | **Vehicle serviced**<br>- One tire mounted<br>- Tire condition and pressure checked<br>- Tire(s) replaced<br>- Tire(s) balanced<br>- Tire(s) mounted<br>- Oil and filter changed |
| 02/01/2023 | 181,738 | Import Autoworks<br>Glendale, AZ<br>623-877-3099<br>❤️ 1 Customer Favorite | 🔧 | **Vehicle serviced**<br>- Oil and filter changed<br>- Light bulb(s) replaced<br>- Headlight bulb(s) replaced |
| 03/29/2023 | 200,713 | Ucars<br>Tempe, AZ<br>480-844-2454 | 🔧 | **Vehicle serviced**<br>- Oil and filter changed<br>- Front brakes replaced<br>- Drive belt tensioner pulley replaced<br>- Drive belt tensioner replaced<br>- Brakes checked<br>- Front brake pads replaced |
| 04/07/2023 | 203,141 | Ace Performance Automotive<br>Gilbert, AZ<br>480-539-6872<br>⭐ 4.8 / 5.0<br>81 Verified Reviews ✅<br>❤️ 1,134 Customer Favorites | 🔧 | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Drivability/performance checked<br>- Brakes checked<br>- Four wheel alignment performed<br>- Headlight(s) replaced |
| 04/20/2023 | 203,764 | Ucars<br>Tempe, AZ<br>480-844-2454 | 🔧 | **Vehicle serviced** |
| 04/20/2023 | 203,769 | Arizona Inspection Station Maricopa County | | **Passed emissions inspection** |

 **Owner 2**
Purchased:
2023

Commercial
Vehicle

| Date | Mileage | Source | | Comments |
|------|---------|--------|---|----------|
| 04/21/2023 | | Arizona Motor Vehicle Dept. | | **Title or registration issued** <br> - New owner reported <br> - Loan or lien reported <br> - Titled or registered as commercial vehicle |
| 04/27/2023 | | Import Autoworks <br> Glendale, AZ <br> 623-877-3099 <br> ❤️ 1 Customer Favorite | 🔧 | **Vehicle serviced** <br> - Oil and filter changed |
| 08/24/2023 | 206,027 | Mile Auto Repair <br> Tempe, AZ <br> 602-454-1055 <br> ⭐ 5.0 / 5.0 <br> 6 Verified Reviews ✅ <br> ❤️ 9 Customer Favorites | 🔧 | **Vehicle serviced** <br> - Brake light bulb(s) replaced |
| 09/12/2023 | | Wrench Doc Phoenix <br> Phoenix, AZ <br> 480-885-2527 | 🔧 | **Vehicle serviced** <br> - Tire pressure monitoring system reset <br> - Engine/powertrain computer/module checked <br> - Oil and filter changed <br> - Engine oil system flushed <br> - Transmission checked |
| 10/19/2023 | | Ucars <br> Tempe, AZ <br> 480-844-2454 | 🔧 | **Vehicle serviced** <br> - Transmission replaced <br> - Long block replaced <br> - Engine/powertrain computer/module checked <br> - Fluids checked <br> - Transmission fluid changed <br> - Spark plug(s) replaced <br> - Antifreeze/coolant flushed/changed |
| 10/26/2023 | 208,084 | Wrench Doc Phoenix <br> Phoenix, AZ | 🔧 | **Vehicle serviced** |

|  | 480-885-2527 |  |  |
|---|---|---|---|
| 11/16/2023 222,767 | Wrench Doc Phoenix<br>Phoenix, AZ<br>480-885-2527 |  | **Vehicle serviced**<br>- Air filter replaced<br>- Rear brake pads replaced<br>- Engine oil/fluid leak checked<br>- Steering/suspension checked<br>- Oil and filter changed<br>- Brakes checked |
| 11/27/2023 224,961 | Wrench Doc Phoenix<br>Phoenix, AZ<br>480-885-2527 |  | **Vehicle serviced** |
| 01/24/2024 | Damage Report |  | **Accident reported**<br>- Vehicle involved in a sideswipe<br>  collision with another motor<br>  vehicle<br>- Damage to right side<br>- Vehicle towed<br>- Vehicle drivable |



**Damage Location**

FRONT

LEFT    RIGHT

REAR

| 02/05/2024 233,425 | Wrench Doc Phoenix<br>Phoenix, AZ<br>480-885-2527 |  | **Vehicle serviced**<br>- Oil and filter changed |
| 02/14/2024 | Arizona<br>Motor Vehicle Dept. |  | **Title issued or updated**<br>- Titled or registered as commercial<br>  vehicle |

Have Questions? Please visit our Help Center at www.carfax.com.

 **Glossary**

**Accident Indicator**
CARFAX receives information about accidents in all 50 states, the District of Columbia and Canada.

Not every accident is reported to CARFAX. As details about the accident become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- According to the National Safety Council, Injury Facts, 2021 edition, 5% of the 276 million registered vehicles in the U.S. were involved in an accident in 2019. Over 77% of these were considered minor or moderate.
- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 3/12/24 at 6:05:19 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**Commercial**
Vehicle was registered for business purposes.

**Damage Severity**
Damage events result in one of the following severity levels:

- Minor: Generally, minor damage is cosmetic (including dents or scratches), may only require reconditioning, and typically does not compromise a vehicle's operation and/or safety.
- Moderate: Moderate damage may affect multiple components of the vehicle and may impair the vehicle's operation and/or safety.
- Severe: Severe damage usually affects multiple components of the vehicle and is likely to compromise the vehicle's operation and/or safety.

CARFAX recommends getting a pre-purchase inspection at a certified collision repair facility.

**Failed Emissions Inspection**
The emissions check performed during a vehicle inspection indicated the vehicle was emitting more than allowable emissions standards and/or had missing or modified parts. Repeated failed emissions records can indicate engine problems and CARFAX recommends you have the vehicle inspected.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's

estimated ownership history.

**Taxi**
Vehicle was registered as a taxi or "for hire" vehicle.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Toyota Recall / Service Campaign**
Portions of this report have been included under license from Toyota Motor North America, Inc. ("TOYOTA"), License Agreement TMS1013 . This data applies only to vehicle marketed or originally sold in Mexico and the United States of America, including Guam, Saipan, American Samoa, Puerto Rico, the U.S. Virgin Islands and the other United States territories and protectorates with currently open safety or emissions recalls, or service campaigns. While TOYOTA provides data to Carfax Inc. on a regular basis, this report may not include very recent activity. For the manufacturer's most current information on recall/campaign activity for any Toyota, Lexus or Scion brand vehicle, you must go to http://toyota.com/recall or http://lexus.com/recall..

**Follow Us:**     **facebook.com/CARFAX**     **@CARFAXinc**     **About CARFAX**

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2024 CARFAX, Inc., part of S&P Global. All rights reserved.
3/12/24 6:05:19 PM (CDT)

# Exhibit B

# Exhibit B

203769

RIGO FTL 1002 LLC
31-31 48TH AVE
LONG ISL CITY        NY 11101

000530

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | | | Year | Make | Model Code | Body/Hull | * * LIENS * * Document No. |
|---|---|---|---|---|---|---|---|
| 4T1BF1FK0FU048794 4T1BF1FK0FU048794 | | | 2015 | TOYOT | CAM | 4DSD | 666787W |
| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | | Date Issued |
| BK | 3175 | GAS | 4 | NEW | VEHICLE | | 12/07/21 |

Name and Address of Owner(s)

RIGO FTL 1002 LLC
31-31 48TH AVE
LONG ISL CITY  NY 11101

ODOMETER READING:    00010
00010

ACTUAL MILEAGE



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder

PRUDENTIAL INS CO OF
AMERICA AS COL AGENT
801 ADLAI STVENSN DR
SPRINGFIELD      IL 62703

03

Lienholder

* ONE LIEN RECORDED *

Lienholder

* ONE LIEN RECORDED *

Lienholder

* ONE LIEN RECORDED *

MV-999 (1/15)

VOID IF ALTERED

DEPARTMENT OF MOTOR VEHICLES

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

## SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

**ODOMETER READING**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:

☐ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller | Seller's Signature | | Seller's Name *(Print in Full)* | | | |
|---|---|---|---|---|---|---|
| | Street Address | City | State | ZIP code | | Date of Statement |
| Buyer | Buyer's Signature | | Buyer's Name *(Print in Full)* | | | |
| | Street Address | City | State | ZIP code | | Date of Statement |

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

**ODOMETER READING**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:

☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller | Seller's Signature | | Seller's Name *(Print in Full)* | | | |
|---|---|---|---|---|---|---|
| | Street Address | City | State | ZIP code | | Date of Statement |
| Buyer | Buyer's Signature | | Buyer's Name *(Print in Full)* | | | |
| | Street Address | City | State | ZIP code | | Date of Statement |

MV-999 (1/15)    L 8572497

Boat Dealer's
Facility #

# Exhibit C

# Exhibit C





April 3rd 2023

Attn: Arizona Motor Vehicle Services

To Whom It May concern;

Please be informed that the following businesses operate as one and the same business entity under the Fast Track Leasing LLC Entity.

| | |
|---|---|
| RIGO FL 1 LLC | FTL1001 LLC |
| RIGO FL2 LLC | FTL1002 LLC |
| RIGO GL 3 LLC | RIGO FTL LLC |
| RIGOFL4 LLC | RIGO-FTL1002 LLC |
| RIGOF5 LLC | RIGO FTL 1003 LLC |

Under penalty of the law, this is a true and correct statement and there is no fraud intended.
If any further proof or information is needed, please contact us below.
If you require any additional information, please do not hesitate to contact our office below.

Shmuel Jurkowicz: CEO

Phone: 516 303-4733
Email: sholome@joinbuggy.com

Notary Signature & Seal

YAKOT B. SIMON
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SI6340849
Qualified in Kings County
Commission Expires April 25, 2024

3131 48th Ave Long Island City NY 11101   Phone: 516-303-4733-     Email: sholome@joinbuggy.com

# Exhibit D

# Exhibit D

RETURN TO MYAZCAR | PRINTER-FRIENDLY VERSION

**VEIP**
**Vehicle Test History Inquiry**

# *AREA A*
*Vehicle and Inspection Information*

| Vehicle Information | | | |
|---|---|---|---|
| **Vin** | 4T1BF1FK0FU048794 | **Tag** | NP |
| **Make** | TOYOT | **Model Year** | 2015 |
| **Vehicle Style** | SEDAN | **Num Cylinders** | 04 |
| **Fuel Code** | GAS | **Standard Class** | GVW 6000 LBS OR LESS |
| **BiFuel** | NO | **Odometer** | 203769 |
| **Inspection Information** | | | |
| **Test Date** | 04/20/2023 | **Test Time** | 16:24 |
| **Station** | M07 | **Lane** | 3 |
| **Test Type** | OBD | **Test Seq** | 01 |
| **Inspector 1** | 3347 | **Inspector 2** | 0000 |
| **Test Fee** | $17.00 | **Pressure Result** | UNTESTED |
| **RTC** | N/A | **Cat Result** | UNTESTED |
| **VIR ID:** | DOHJCFYK | **Overall Result** | PASS |

*Tamper Inspection Information*

| | | | |
|---|---|---|---|
| **Air Pump** | UNTESTED | | |
| **Gas Cap** | PASSED VISUAL | **Cat Conv** | UNTESTED |
| **PCV** | UNTESTED | **Evap** | UNTESTED |

*OBD Inspection Information*

| | | | |
|---|---|---|---|
| **OBD Result** | PASS | **MIL Status** | MIL NOT COMMANDED ON |
| **Bulb Checks** | | | |
| **Key On Engine Off** | PASS | **Key On Engine Running** | PASS |
| **OBD Readiness Monitors** | | **OBD DTCs** | |
| **Catalyst** | READY | **Number Of DTCs** | 1 |
| **Evap System** | READY | **DTC - 1** | 2716 |
| **Oxygen Sensor** | READY | **DTC - 2** | |
| **Heated O2 Sensor** | READY | **DTC - 3** | |
| **EGR System** | READY | **DTC - 4** | |
| | | **DTC - 5** | |
| | | **DTC - 6** | |
| | | **DTC - 7** | |
| | | **DTC - 8** | |
| | | **DTC - 9** | |
| | | **DTC - 10** | |

# Exhibit E




# Exhibit E



**Motor Vehicle Division**
15-1002   R01/23

# ARIZONA TITLE SUMMARY

| VIN | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 4T1BF1FK0FU048794 | 2015 | TOYT | Camry | 4DSD |

| Title Number | Issue Date | Odometer Reading | Odometer Reading Type |
|---|---|---|---|
| A012103310 | 4/21/2023 | 203764 | Actual |

| Previous Title Number | State | Previous Issue Date |
|---|---|---|
| 20211207 | NY | 12/7/2021 12:00:00 AM |

**Arizona Brands**                                   **Other States with Brands**

**Owners**

Fast Track Leasing LLC                     Owner

640 S Smith Rd

Tempe AZ 85288-2927

**Lienholders**

12/7/2021            The Prudential Insurance Company of America, as            1114 Ave Americas Ste 30

New York NY - New York 10036-7703

https://AZMVDNOW.GOV



**Motor Vehicle Division**

15-1002 R01/23

# ARIZONA TITLE SUMMARY- Page 2

| VIN | Year | Make | Model | Body Style |
|-----|------|------|-------|------------|
| 4T1BF1FK0FU048794 | 2015 | TOYT | Camry | 4DSD |

**Additional Owners**

☐ Vehicle will be rented without a driver (such as a rental car).

☐ I certify that this vehicle, commonly referred to as a station wagon or referred to by the manufacturer's rating as a 3/4 ton or less pickup truck or 3/4 ton or less van, is not maintained and operated more than 1,000 hours in a vehicle registration year for the transportation of passengers or property in the furtherance of a commercial enterprise.

☐ I certify that this trailer or semitrailer with a declared gross weight of 10,000 lbs or less is not maintained and operated in the furtherance of a commercial enterprise.

I certify that the information above and any documentation which I submit in support of this application, is true and correct; that the vehicle is free from liens, except those indicated above and that I have read and understand the requirements of the legal status indicated above. I acknowledge that the odometer reading above is qualified by the seller and that it is not the responsibility of the Motor Vehicle Division to determine the accuracy of the odometer statement.

Signature: _Fast Track Leasing by ___ by ___

Signature: _____

https://AZMVDNOW.GOV

# Exhibit F

# Exhibit F



## ARIZONA CERTIFICATE OF TITLE

**ADOT**
Motor Vehicle Division
48-7200M R11/23  azdot.gov

0907230755

00005595

Inventory Control
13048559M

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 4T1BF1FK0FU048794 | 2015 | TOYT | Camry | 4DSD |

FAST TRACK LEASING LLC
3131 48TH AVE
LONG ISLAND CITY NY 11101

| Title Number | | Issue Date | Odometer Reading (no tenths) |
|---|---|---|---|
| A013138590 | | 02/14/2024 | 3764   Actual |

| Previous Title Number | State | Issue Date |
|---|---|---|
| A012103310 | AZ | 04/21/2023 |

Arizona Brands

Other States With Brands

Owners

Fast Track Leasing LLC
640 S Smith Rd

Owner

Tempe                AZ        85288-2927

Lienholder(s) as of the print date and lien effective date. (Additional liens may exist. Check vehicle title status on azmvdnow.gov to find all current liens.)

LIEN DATE:

**VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED**

**TRANSFER OF OWNERSHIP**

Federal and State law requires that the seller state the vehicle mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. The buyer has **15 days** to apply for a new vehicle title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

Odometer Reading (no tenths)
140,000    ☑ miles    ☐ kilometers

CAUTION READ CAREFULLY BEFORE YOU CHECK A BOX

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING - ODOMETER DISCREPANCY

I agree to the release of vehicle ownership to the identified buyer and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

I am aware of the above odometer certification made by the seller.

| Seller Must Complete | Buyer Must Complete |
|---|---|
| Seller Signature | Buyer Signature |
| Seller Signature | Buyer Name (printed) |
| Seller Name(s) (printed) Fast Track Leasing LLC | Buyer Street Address |
| Seller Street Address | New Lienholder Driver License or EIN / New Lienholder Name (if no lien, write NONE) |
| Dealer Number / Sale Date | New Lienholder Street Address / Lien Date |

**DEALER REASSIGNMENT**

| Buyer Name (printed) | | Sale Date |
|---|---|---|
| Street Address | City | State Zip |
| New Lienholder Driver License or EIN / New Lienholder Name and Street Address (if no lien, write NONE) | | Lien Date |

Odometer Reading (no tenths)    ☐ miles    ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING - ODOMETER DISCREPANCY.

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Dealership Name | Dealer Number | Agent Name | Agent Signature |
|---|---|---|---|

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|

**DEALER REASSIGNMENT**

| Buyer Name (printed) | | Sale Date |
|---|---|---|
| Street Address | City | State Zip |
| New Lienholder Driver License or EIN / New Lienholder Name and Street Address (if no lien, write NONE) | | Lien Date |

Odometer Reading (no tenths)    ☐ miles    ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING - ODOMETER DISCREPANCY.

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Dealership Name | Dealer Number | Agent Name | Agent Signature |
|---|---|---|---|

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|

**DEALER REASSIGNMENT**

| Buyer Name (printed) | | Sale Date |
|---|---|---|
| Street Address | City | State Zip |
| New Lienholder Driver License or EIN / New Lienholder Name and Street Address (if no lien, write NONE) | | Lien Date |

Odometer Reading (no tenths)    ☐ miles    ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING - ODOMETER DISCREPANCY.

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Dealership Name | Dealer Number | Agent Name | Agent Signature |
|---|---|---|---|

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|

**No Additional Reassignments Permitted** —— **Last Buyer Must Apply For Title** —— **Void If Altered Or Erased**

# Exhibit G

# Exhibit G

**ADOT**
**Motor Vehicle Division**
15-1016 R10/21

| Plate | Plate Type | Plate Status | VIN |
|---|---|---|---|

| Year | Make | Model | Style |
|---|---|---|---|

| Factory List Price | Fuel Type | Odometer Reading | Odometer Code |
|---|---|---|---|

| GVW | SAR Start | SAR End | SAR Weight |
|---|---|---|---|

| Registration Use | First Registered | Expiration Date | Date Registration Renewed |
|---|---|---|---|

| Title Number | State Issued | Title Issued Date | Title Indicator | Title Status |
|---|---|---|---|---|

| Date of Sale | Received Date |
|---|---|

| De-Insure Start Date | End Date | Certificate Received Date | Reason |
|---|---|---|---|

| Permit Type | Number | Issue Date | Exp Date | Status | Weight |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**ADOT**
**Motor Vehicle Division**

**15-1016 R10/21**

**Owner(s)**

**Lienholder(s)**

**Additional Information**

# Exhibit H

# Exhibit H

10:38
◀ Messenger



**4 of 11**

## 2015 Toyota Camry · SE Sedan 4D
$6,900

Listed 5 hours ago · Chandler, AZ

✓ Message sent to seller

See conversation



Alerts        Message        Share        Save

Home    Video    Friends    Marketplace    Notifications    Menu



✅ Message sent to seller

**See conversation**

🔔 **Alerts**    💬 **Message**    ➤ **Share**    ❤️ **Save**

## Description

Toyota Camry SE 2015

Clean title, everything works, cold ac, no check engine light, screen stereo Bluetooth, emissions pass for two years, runs and drive good, no mechanical problems, The car have details in the paint.

## Seller information                 Seller details

 **Wuilmer Paredes**
Joined Facebook in 2014
 ★★★½ ★ 3.3 (7 reviews)                 **Follow**

**See all reviews**

## Details

| | |
|---|---|
| Mileage | Driven 140,000 miles |
| Transmission | Automatic |
| Exterior color | Black |
| Interior color | Black |

 Home     Video     Friends     Marketplace     Notifications     Menu

# Exhibit I

# Exhibit I



**4 of 11**

# 2015 Toyota Camry · SE Sedan 4D
## $6,900

Listed 5 hours ago · Chandler, AZ

✅ Message sent to seller

**See conversation**


Alerts


Message


Share


Save


Home


Video


Friends


Marketplace


Notifications


Menu

**10:38**

◀ Messenger

Message sent to seller

**See conversation**

| Alerts | Message | Share | Save |
|--------|---------|-------|------|

## Description

Toyota Camry SE 2015

Clean title, everything works, cold ac, no check engine light, screen stereo Bluetooth, emissions pass for two years, runs and drive good, no mechanical problems, The car have details in the paint.

## Seller information

Seller details

**Wuilmer Paredes**
Joined Facebook in 2014
★★★☆☆ 3.3 (7 reviews)

Follow

**See all reviews**

## Details

| Mileage | Driven 140,000 miles |
|---------|---------------------|
| Transmission | Automatic |
| Exterior color | Black |
| Interior color | Black |

| Home | Video | Friends | Marketplace | Notifications | Menu |
|------|-------|---------|-------------|---------------|------|

# Exhibit J

# Exhibit J



+1 202-751-4073        contact@vinhistoryus.com        Login

VIN HISTORY USA VEHICLE HISTORY REPORT FOR

Used

# 2015 TOYOTA Camry

VIN# **4T1BF1FK0FU048794**



**Our data is fraud-proof and verified by blockchain technology**

Verify all of the information by clicking on the 'check now' button



### Numbers of Owners **2**

The number of owners is a strong indicator of a vehicle's condition and residual value. Generally, the less owners in a vehicle's history, the better.



**State Title Brand -** Clean

**Odometer Check -** No Issue

**Open Safety Recalls Reported -** 1

**Accident / Damage -** Damage Reported
Multiple Damage Events

**Auction Brand / Issues -** No Issue

**Insurance Loss / Transfer -** No Issue

**203,769 (04/20/2023) mi Last reported odometer reading**

## 🧾 CAR DETAILS


**Year**
2015


**Make**
TOYOTA


**Model**
Camry


**Engine**
2.5-L L-4 DOHC 16V


**Made In**
KENTUCKY


**Trim**
LE


**Steering Type**
Rack & Pinion


**ABS**
4-Wheel ABS


**Fuel Type**
Gasoline


**Fuel Capacity**
17.00 gallons


**Seating**
5


**Gross Weight**
No Reported Data


**Transmission**
6-Speed Automatic


**City Mileage**
25 miles/gallon


**Highway M**
35 miles/gallon


**Dimensions**
Height: 57.90 inches
Length: 190.90 inches
Width: 71.70 inches


**Invoice Price**
$21,017


**MSRP**
$22,970

## ⚕ Ownership History

## 🛡 Open Safety Recall Check

**March 13, 2015 15v144000**

Steering:electric Power Assist System

Toyota Motor Engineering & Manufacturing (Toyota) IS Recalling Certain Model Year 2015 Camry, Camry Hybrid, Highlander, and Highlander Hybrid, and 2014-2015 Rav4 Vehicles. A Component OF THE Electric Power Steering (Eps) Electronic Control Unit (ecu) MAY Have Been Damaged During THE Manufacturing Process. Over Time, This Damage MAY Result IN Failure OF THE Electric Power Steering System.

## 🛡 Warranties

| Basic | Powertrain | Rust |
|---|---|---|
| 36 Months | 60 Months | 60 Months |
| 36,000 miles | 60,000 miles | unlimited miles |

## 🔄 ODOMETER CHECK CONFIRMED



**State Title Odometer Check**

No issues reported



**Auction Odometer Check**

No issues reported



**Odometer Calculation Check**

No issues reported

## 📋 MAJOR TITLE BRAND CHECK CONFIRMED

No Problems Reported

## 🚗 OTHER TITLE BRANDS CHECK CONFIRMED

No Problems Reported

## 🔍 Market Price Analysis

### Optimal Price Analysis

The VINchain market price analysis is based on a vehicle's history such as vehicle class and age, number of owners, accident and damage history, title brands, odometer readings, etc. This information is used to compare the

**Market Value for 2015 Toyota Camry LE**

**Market Average**
$14,464

| Below Market | Above Market |
|---|---|
| $11,653 or less | $17,275 or more |

vehicle's favorability against the entire market of vehicles with similar specifications.



Estimates based on **2359 similar vehicles sold** between Dec 06, 2023 – Mar 09, 2024

| ASSUMPTIONS | ESTIMATES |
|---|---|
| Current Mileage: 106,8 | ue: $11,653 – $17,275 |
| Time Period: P | y: 99% |

## Ownership Cost



**Ownership Cost for 2015 Toyota Camry LE**
**Estimated: $47,987 over the next 5 years**

Total:
$47,987

- Depreciation ($5,835)
- Insurance ($9,491)
- Fuel ($6,972)
- Maintenance ($9,108)
- Repairs ($6,565)
- Taxes & Fees ($10,017)

**Graph** | Table

| ASSUMPTIONS | ESTIMATES |
|---|---|
| Vehicle: 2015 Toyota Camry LE | 5-Year Mileage: 75,000 mi |
| Mileage: 135,000 mi + [ 0 ▼ ] mi/year | Cost Per Mile: $0.64 |

## ACCIDENT / SALVAGE / INSURANCE RECORDS CONFIRMED

| Damage Date | Damage Type | Severity |
|---|---|---|
| 12/27/2015 | Collision | Unknown |
| 10/21/2017 | Collision | Unknown |
| 05/07/2018 | Collision | Unknown |
| 01/12/2019 | Collision | Unknown |

## DAMAGE CHECK CONFIRMED





| | | | |
|---|---|---|---|
| Airbag Deployed | Structural Damage | Overturned | Unknown |

## DETAILED VEHICLE HISTORY

**2015**

### Vehicle Prep and Other Pre-Titling Events

**Preparation Date:**
03/2015

| Event Date | Location | Odometer | Data Source | Details |
|---|---|---|---|---|
| 03/16/2015 | | | Independent Source | Vehicle Manufactured and Shipped to Dealer |

**2015**

### Owner 1

**Location:** NY    **Owned From:** 05/2015    **Usage:** Taxi

| Event Date | Location | Odometer | Data Source | Details |
|---|---|---|---|---|
| 05/01/2015 | BRONX, NY | | Motor Vehicle Dept. | Registration Event/Renewal Taxi Use |

| Event Date | Location | Odometer | Data Source | Details |
|---|---|---|---|---|
| 05/12/2015 | LONG ISLAND CITY, NY | 10 | Motor Vehicle Dept. | Title(Lien Reported) |
| 05/12/2015 | LONG ISLAND CITY, NY | | Motor Vehicle Dept. | Taxi Use |
|  12/27/2015 | KINGS COUNTY, NY | | State Agency | Collision with Another Vehicle(Case #:36050565) |
| 04/15/2016 | BRONX, NY | | Motor Vehicle Dept. | Registration Event/Renewal Taxi Use |
| 04/14/2017 | LONG ISLAND CITY, NY | | Motor Vehicle Dept. | Registration Event/Renewal Taxi Use |
| 05/11/2017 | BROOKLYN, NY | 68,010 | Independent Repair Center | Multiple Point Vehicle Inspection Brakes Serviced |
| 07/19/2017 | BROOKLYN, NY | 68,120 | Independent Repair Center | Suspension Serviced Tires or Wheels Service Performed |
|  10/21/2017 | QUEENS COUNTY, NY | | State Agency | Collision with Another Vehicle(Case #:36943633) |
| 11/16/2017 | BROOKLYN, NY | | Damage Report | Accident or Damage Reported Vehicle Damage Reported Left Side Damage or Repair Reported Right Side Damage or Repair Reported Front Damage or Repair Reported Rear Damage or Repair Reported Damage or Repair to Bumper Reported Damage or Repair to Hood Reported Damage or Repair to Radiator Reported Damage or Repair to Grille Reported Damage or Repair to Fender Reported |
| 03/12/2018 | LONG ISLAND CITY, NY | | Motor Vehicle Dept. | Registration Event/Renewal Taxi Use |
|  05/07/2018 | BRONX COUNTY, NY | | State Agency | Collision with Another Vehicle(Case #:37279929) |
|  01/12/2019 | NEW YORK COUNTY, NY | | State Agency | Collision with Another Vehicle(Case #:37699749) |
| 03/19/2019 | LONG ISLAND CITY, NY | | Motor Vehicle Dept. | Registration Event/Renewal Taxi Use |
| 11/19/2019 | NY | 144,249 | Motor Vehicle Dept. | Passed Emission Inspection Passed Safety Inspection |
| 03/31/2020 | LONG ISLAND CITY, NY | | Motor Vehicle Dept. | Registration Event/Renewal Taxi Use |
| 06/16/2021 | LONG ISLAND CITY, NY | | Motor Vehicle Dept. | Registration Event/Renewal Taxi Use |
| 03/17/2022 | NY | 157,073 | Motor Vehicle Dept. | Failed Emission Inspection Failed Safety Inspection |
| 03/18/2022 | NY | 157,137 | Motor Vehicle Dept. | Passed Emission Inspection Passed Safety Inspection |
| 05/03/2022 | LONG ISLAND CITY, NY | | Motor Vehicle Dept. | Registration Event/Renewal Taxi Use |
| 07/28/2022 | NY | 170,885 | Motor Vehicle Dept. | Passed Emission Inspection Passed Safety Inspection |
| 04/20/2023 | AZ | 203,769 | Motor Vehicle Dept. | Passed Emission Inspection |
| 04/21/2023 | AZ | | Motor Vehicle Dept. | Title(Title #:A012103310) (Lien Reported) Pro-Rated Registration |
| 05/01/2023 | AZ | | Motor Vehicle Dept. | Registration Event/Renewal |
| 02/14/2024 | AZ | | Motor Vehicle Dept. | Title(Title #:A015138590) Pro-Rated Registration |

## 🗓️ THIS VEHICLE'S GLOSSARY

| Term | Section Location | Definition |
| --- | --- | --- |
| State Title Brand | Vehicle History at a Glance | A "branded title" is an official designation assigned by a state agency to associate a particular history with a vehicle. The branding system was put in place to warn potential owners about damage or other alterations to a vehicle that they might otherwise have been unaware of. The brands checked in this section are Fire, Hail, Flood, Junk/Scrapped, Lemon, Salvage, Rebuilt/Rebuildable, Odometer Brands (not actual miles, broken odometer, exceeding mechanical limits, mileage discrepancy, or suspect miles). Please note Grey Market and Insurance Loss or Theft brands are not checked in this box and can be found on other corresponding boxes. |
| Auction Issue | Vehicle History at a Glance | This section summarizes any issues if reported such as damage condition from seller's disclosure or during the inspection process including required structural damage disclosure, title brands, odometer issues, etc. as outlined by the 2023 National Auto Auction Association Policy. |
| Accident/Damage Check | Vehicle History at a Glance | This section summarizes vehicle history events that may indicate an accident or damage and associated details such as point of impact, severity or airbag deployed if provided. These damage events will include collision damage information, police-reported accidents, salvage auction, recycler records, crash test vehicles, collision damage claims etc. including our exclusive auction announcements from two major auctions that may include damage events. There is also a clearly delineated section that includes non-collision damage events such as fire, hail or flood. Damage-indicated title brands will be in the state title brands section. |
| Insurance Loss/Title Transfer | Vehicle History at a Glance | This box checked to see if there is an insurance total loss or if a title has been transferred to an insurance company name as that event usually signifies that it is a total loss when showing after an accident. |
| Additional History | Vehicle History at a Glance | This section lists any other significant events that may not be a damage event or brand, but does give additional insights of the vehicle's history. These include abandoned, grey market, lien check, repossessed, theft etc. |
| Odometer Check | Vehicle History at a Glance | This section verifies if there are rollbacks, rollover or tampering has been reported to AutoCheck from state Division of Motor Vehicles (DMV) or auction sources. AutoCheck also examined the sequence of reported odometer readings to determine if there are any potential discrepancies. |
| Loan/Lien | Additional History | A loan/lien is the legal right to take and hold or sell the vehicle of a debtor as security or payment for a debt. Normally, a vehicle will have a lien due to a loan or unpaid repair bill against the vehicle. Check with the seller to ensure that the lien has been satisfied. |
| Taxi Use | Owner Type | The vehicle is or was used as a taxi. |
| Accident | Accident / Damage | A state or municipality has reported an accident or collision for this vehicle that may or may not have sustained damage. Not all damage events are reported to AutoCheck and the damage severity of reported events will vary. In all events AutoCheck recommends that prospective vehicle purchasers conduct a detailed vehicle inspection prior to purchase of a pre-owned vehicle. |

The National Motor Vehicle Title Information System (NMVTIS) is an electronic system that contains information on certain automobiles titled in the United States. NMVTIS is intended to serve as a reliable source of title and brand history for automobiles, but it does not contain detailed information regarding a vehicle's repair history.

All states, insurance companies, and junk and salvage yards are required by federal law to regularly report information to NMVTIS. However, NMVTIS does not contain information on all motor vehicles in the United States because some states are not yet providing their vehicle data to the system. Currently, the data provided to NMVTIS by states is provided in a variety of time frames; while some states report and update NMVTIS data in "real-time" (as title transactions occur), other states send updates less frequently, such as once every 24 hours or within a period of days.

Information on previous, significant vehicle damage may not be included in the system if the vehicle was never determined by an insurance company (or other appropriate entity) to be a "total loss" or branded by a state titling agency. Conversely, an insurance carrier may be required to report a "total loss" even if the vehicle's titling-state has not determined the vehicle to be "salvage" or "junk."

A vehicle history report is NOT a substitute for an independent vehicle inspection. Before making a decision to purchase a vehicle, consumers are strongly encouraged to also obtain an independent vehicle inspection to ensure the vehicle does not have hidden damage. The Approved NMVTIS Data Providers (look for the NMVTIS logo) can include vehicle condition data from sources other than NMVTIS.

NMVTIS data includes (as available by those entities required to report to the System):
Information from participating state motor vehicle titling agencies.

Information on automobiles, buses, trucks, motorcycles, recreational vehicles, motor homes, and tractors. NMVTIS may not currently include commercial vehicles if those vehicles are not included in a state's primary database for title records (in some states, those vehicles are managed by a separate state agency), although these records may be added at a later time.

Information on "brands" applied to vehicles provided by participating state motor vehicle titling agencies. Brand types and definitions vary by state, but may provide useful information about the condition or prior use of the vehicle.

Most recent odometer reading in the state's title record.

Information from insurance companies, and auto recyclers, including junk and salvage yards, that is required by law to be reported to the system, beginning March 31, 2009. This information will include if the vehicle was determined to be a "total loss" by an insurance carrier.

Information from junk and salvage yards receiving a "cash for clunker" vehicle traded-in under the Consumer Assistance to Recycle and Save Act of 2009 (CARS) Program.

Consumers are advised to visit www.vehiclehistory.gov for details on how to interpret the information in the system and understand the meaning of various labels applied to vehicles by the participating state motor vehicle titling agencies.

## VinHistoryUSA

We provide accurate, instant vehicle reports for consumers. Our services are used by hundreds of thousands of people to help inform them on car purchasing decisions.

## Customer Support

**Phone:** +1 202-751-4073

**Email:** contact@vinhistoryus.com

## Useful Links

Terms & Conditions
Privacy Policy
Refund Policy



Trusted Vehicle
Data Provider