Anthony J. Fernandez (Bar No. 018342)
Lori A. Metcalf (Bar No. 013966)
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
8800 East Raintree Drive, Suite 100
Scottsdale, Arizona 85260
Telephone: (602) 954-5605
Facsimile: (602) 954-5606
afernandez@qpwblaw.com
lori.metcalf@qpwblaw.com
*Attorneys for Defendant Fast Track Leasing LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHRISTIAN MURILLO VASQUEZ, | No.: 2:24-cv-00939-DLR |
| Plaintiff, | |
| v. | **DEFENDANT FAST TRACK LEASING LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** |
| FAST TRACK LEASING LLC, and DENINSON DUGARTE RIVAS, | |
| Defendants. | |

Defendant Fast Track Leasing LLC ("Fast Track" or "Defendant"), by and through undersigned counsel, hereby responds to Plaintiff's Complaint, dated April 24, 2024 (the "Complaint"), as follows:

## I.     INTRODUCTION

1.     Answering paragraph 1, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies same, including any allegations of liability and/or damages.

2.     Answering paragraph 2, the allegations contained therein are denied, except admits that Plaintiff purports to bring this action pursuant to the federal Motor Vehicle Information and Cost Savings Act, also known as the federal Odometer Fraud Act, 49 U.S.C. § 32701, *et seq.* (the "Odometer Fraud Act").

## II.    JURISDICTION AND VENUE

3.    Answering paragraph 3, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and therefore denies the same, including any allegations of liability and/or damages.

4.    Answering paragraph 4, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and therefore denies the same, including any allegations of liability and/or damages.

5.    Answering paragraph 5, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and therefore denies the same, including any allegations of liability and/or damages.

## III.    PARTIES

6.    Answering paragraph 6, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

7.    Answering paragraph 7, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and therefore denies the same, including any allegations of liability and/or damages.

8.    Answering paragraph 8, the allegations contained therein are admitted.

9.    Answering paragraph 9, the allegations contained therein are admitted.

10.    Answering paragraph 10, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and therefore denies the same, including any allegations of liability and/or damages.

11.    Answering paragraph 11, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph.

12.    Answering paragraph 12, the allegations contained therein are denied, including any allegations of liability and/or damages.

13.    Answering paragraph 13, the allegations contained therein are denied, including any allegations of liability and/or damages.

## IV.    FACTUAL ALLEGATIONS

14.    Answering paragraph 14, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, including with regard to Exhibits A and B attached to the Complaint, and therefore denies same, including any allegations of liability and/or damages.

15.    Answering paragraph 15, the allegations contained therein are admitted.

16.    Answering paragraph 16, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies same, including any allegations of liability and/or damages.

17.    Answering paragraph 17, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, including with regard to Exhibit D attached to the Complaint, and therefore denies same, including any allegations of liability and/or damages.

18.    Answering paragraph 18, the allegations contained therein are admitted.

19.    Answering paragraph 19, the allegations contained therein are admitted.

20.    Answering paragraph 20, the allegations contained therein are admitted.

21.    Answering paragraph 21, the allegations contained therein are admitted.

22.    Answering paragraph 22, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, including with regard to Exhibit G attached to the Complaint, and therefore denies same, including any allegations of liability and/or damages.

23.    Answering paragraph 23, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, including with regard to Exhibits H and I attached to the Complaint, and therefore denies same, including any allegations of liability and/or damages.

24.    Answering paragraph 24, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies same, including any allegations of liability and/or damages.

25. Answering paragraph 25, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies same, including any allegations of liability and/or damages.

26. Answering paragraph 26, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies same, including any allegations of liability and/or damages.

27. Answering paragraph 27, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies same, including any allegations of liability and/or damages.

28. Answering paragraph 28, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

29. Answering paragraph 29, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, including with regard to Exhibit J attached to the Complaint, and therefore denies same, including any allegations of liability and/or damages.

30. Answering paragraph 30, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

31. Answering paragraph 31, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

32. Answering paragraph 32, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

33. Answering paragraph 33, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

34. Answering paragraph 34, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

35. Answering paragraph 35, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

36.   Answering paragraph 36, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

37.   Answering paragraph 37, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

38.   Answering paragraph 38, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

39.   Answering paragraph 39, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

40.   Answering paragraph 40, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

41.   Answering paragraph 41, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

42.   Answering paragraph 42, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

**V.   CAUSE OF ACTION**

**Alleged Violation of the Federal Odometer Fraud Act**

43.   Answering paragraph 43, Defendant repeats, re-iterates, and re-alleges its answers to paragraphs 1-42, as if recited at length herein.

44.   Answering paragraph 44, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

45.   Answering paragraph 45, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

46.   Answering paragraph 46, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

47.   Answering paragraph 47, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

48.   Answering paragraph 48, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

## VI.    PRAYER FOR RELIEF

49.    Answering the Prayer for Relief, Defendant denies the allegations contained therein, including any allegations of liability and/or damages.

### JURY DEMAND

**50.    Fast Track demands a trial by jury of all triable issues.**

### GENERAL DEMAND

51.    Defendant denies any and all allegations not specifically admitted.

### AFFIRMATIVE DEFENSES

1.    Defendant submits that it has complied with applicable state and federal laws in all aspects.

2.    Plaintiff fails to state a claim upon which relief may be granted.

3.    Defendant affirmatively alleges that Plaintiff may have failed to mitigate Plaintiff's damages.

4.    Plaintiff's claims are barred by reason of laches, waiver, off-set, and estoppel.

5.    Plaintiff's damages, if any, were caused by the contributory and comparative fault of Plaintiff.

6.    Plaintiff's damages, if any, were caused by the wrongdoing or criminal conduct of third parties.

7.    Defendant denies that Plaintiff suffered any cognizable injuries or damages as a result of any acts or omissions on the part of Defendant, its agents and/or employees.

8.    Plaintiff's claims are barred because Defendant acted in good faith to comply with all applicable rules and requirements.

9.    Plaintiff's alleged injuries and/or the damages alleged by Plaintiff may have been caused, or contributed to be caused, by the negligence and/or fault of others over whom Defendant had no control, and such negligence and/or fault should be compared, thereby reducing or completely barring Plaintiff's alleged right to recover against Defendant. *See* A.R.S. § 12-2501.

10.    Defendant denies it breached any duty owed to Plaintiff.

11.    In order to avoid waiver, Defendant asserts the following defenses should discovery reveal these defenses are appropriate, specifically, the affirmative defenses set forth in Rules 8(c) and 12, F.R.C.P.

12.    Defendant reserves the right to amend its affirmative defenses and to add new affirmative defenses in the event future discovery reveals the existence of or need for such.

**WHEREFORE**, having fully answered Plaintiff's Complaint, Defendant Fast Track Leasing LLC prays for judgment against the Plaintiff as follows:

Dismissing the Complaint and all claims stated therein <u>with prejudice</u>; and

Awarding Defendant such other and further relief as the Court deems just and reasonable under the circumstances, including attorney's fees allowed by law and costs.

**RESPECTFULLY SUBMITTED** this 3rd day of June, 2024.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.


By: /s/ Lori A. Metcalf
Anthony J. Fernandez
Lori A. Metcalf
*Attorneys for Defendant Fast Track Leasing LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2024, the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, to the following CM/ECF registrants, along with electronic transmitting document to the following counsel:

Floyd W. Bybee
Bybee Law Center, PLC
90 S. Kyrene Road, Suite 5
Chandler, AZ 85226
floyd@bybeelaw.com
*Attorneys for Plaintiff*

By s/ Gayle M. Magadan