Anthony J. Fernandez (Bar No. 018342)
Lori A. Metcalf (Bar No. 013966)
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
8800 East Raintree Drive, Suite 100
Scottsdale, Arizona 85260
Telephone: (602) 954-5605
Facsimile: (602) 954-5606
lori.metcalf@qpwblaw.com
afernandez@qpwblaw.com
*Attorneys for Defendant Fast Track Leasing LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHRISTIAN MURILLO VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>FAST TRACK LEASING LLC, and<br>DENINSON DUGARTE RIVAS,<br><br>Defendants. | No.: 2:24-cv-00939-DLR<br><br>**DEFENDANT FAST TRACK LEASING LLC'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant Fast Track Leasing LLC in compliance with the provisions of:

*(check one)*

X  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____  Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

____        Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

____        No such corporation.

____        Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

Relationship_____

____        Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

Relationship_____

___X___        Other (please explain)

Fast Track Leasing LLC is a wholly owned subsidiary of Voyager18 Global Mobility Acquisition, LLC (Voyager18).  Voyager Global Mobility (VGM) is the parent corporation of Voyager18.  No publicly traded corporation currently owns 10% or more of Fast Track Leasing LLC's stock.  A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 3rd day of June, 2024.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

*s/ Lori A. Metcalf*_____
Anthony J. Fernandez
Lori A. Metcalf
*Attorneys for Defendant Fast Track Leasing LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2024, the foregoing document was electronically transmitted to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, to the following CM/ECF registrants, along with electronic transmitting document to the following counsel:

Floyd W. Bybee
BYBEE LAW CENTER, PLC
90 S. Kyrene Road, Ste. 5
Chandler, AZ 85226
Floyd@bybeelaw.com
*Attorneys for Plaintiffs*

By: s/ Gayle M. Magadan