Floyd W. Bybee #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd. Ste. 5
Chandler, Arizona 85226
Phone: (480) 756-8822
Fax: (480) 297-0917
Email: floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Murillo Vasquez, | No. CV 24-0939-PHX-DLR |
| Plaintiff, | |
| -vs.- | **NOTICE OF PENDING SETTLEMENT** |
| Fast Track Leasing LLC, *et al.,* | |
| Defendants. | |

Plaintiff, by and through counsel, hereby gives notice that Plaintiff and Defendants have reached a settlement in this action. The parties expect to file a Stipulation of Dismissal within 30 days.

DATED:   **July 25, 2025**  .


s/   Floyd W. Bybee
**Floyd W. Bybee #012651**
BYBEE LAW CENTER, PLC
90 S. Kyrene Rd. Ste. 5
Chandler, Arizona 85226
Phone: (480) 756-8822
Fax: (480) 297-0917
Email: floyd@bybeelaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that on **July 25, 2025** a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filling to the following CM/ECF registrants:

Rebecca Nicole, #019976
Anthony J. Fernandez, #018342
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
8800 E. Raintree Dr. Ste. 100
Scottsdale, Arizona 85260
rebecca.nicole@qpwblaw.com
afernandez@qpwblaw.com
Attorneys for Defendant Fast
  Track Leasing LLC

and emailed and mailed to:

Tanner Craig Mennenga
2138 E. Leland Cir
Mesa, AZ 85213-2240
Tanner.mennenga@gmail.com
Defendant Pro Se


by:   s/  Floyd W. Bybee

2